Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−20250−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　John Richard O'Connor
　31 Forest Way
　Morris Plains, NJ 07950

Social Security No.:
　xxx−xx−9841

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/18 at 10:30 AM

to consider and act upon the following:

*121* − Application for Extension of Loss Mitigation Period. Filed by Andrea Silverman on behalf of John Richard O'Connor. Objection deadline is 2/13/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Silverman, Andrea)

Dated: 2/28/18

　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court