**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC
(AS5218)
150 River Road,
Unit H4
Montville, NJ 07045
Phone: 973-794-2960
Attorney for Debtor

Order Filed on June 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re

**John Richard O'Connor**

Debtors.

Case No.    15-20250

Chapter:    13

Hearing:    6/19/2018 @ 10:00 a.m.

Judge:    Rosemary Gambardella

**REVISED ORDER FOR ALLOWANCE OF
SUPPLEMENTAL ATTORNEY FEES FOR
SERVICES RENDERED PURSUANT TO 11 U.S.C.
§ 503(b)**

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: June 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page:** 2
**Debtors:** John Richard O'Connor
**Case No.:** 15-20250
**Caption:** Revised Order For Allowance of Supplemental Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

**THIS MATTER** being opened to the Court by Andrea Silverman., attorney for the debtors, John Richard O'Connor, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED**, that the attorney for the debtor is hereby allowed the sum of $3,046.25 as her fee and $41.68 for costs and expenses and the remaining balance of $3,087.93 shall be paid to said attorney thrugh the Debtor's Plan; and it is further,

**ORDERED**, that the Debtor's plan payment shall increase to $1,792.00/mo. for the remaining 24 months commencing in June; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Esq. Chapter 13 Trustee, shall pay this amount to the Movant prior to releasing any monies to the Debtors.