| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREA SILVERMAN, PC<br>(AS5218)<br>150 River Road,<br>Unit H4<br>Montville, NJ 07045<br>Phone: 973-794-2960<br>Attorney for Debtor | Order Filed on June 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re<br><br>**John Richard O'Connor**<br><br>Debtors. | Case No.   15-20250<br><br>Chapter:   13<br><br>Hearing:  6/19/2018 @ 10:00 a.m.<br><br>Judge:   Rosemary Gambardella |

### REVISED ORDER FOR ALLOWANCE OF
### SUPPLEMENTAL ATTORNEY FEES FOR
### SERVICES RENDERED PURSUANT TO 11 U.S.C.
### § 503(b)

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: June 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:     2
Debtors:  John Richard O'Connor
Case No.: 15-20250
Caption:  Revised Order For Allowance of Supplemental Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

**THIS MATTER** being opened to the Court by Andrea Silverman., attorney for the debtors, John Richard O'Connor, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED**, that the attorney for the debtor is hereby allowed the sum of $3,046.25 as her fee and $41.68 for costs and expenses and the remaining balance of $3,087.93 shall be paid to said attorney thrugh the Debtor's Plan; and it is further,

**ORDERED**, that the Debtor's plan payment shall increase to $1,792.00/mo. for the remaining 24 months commencing in June; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Esq. Chapter 13 Trustee, shall pay this amount to the Movant prior to releasing any monies to the Debtors.

United States Bankruptcy Court
District of New Jersey

In re:  
John Richard O'Connor  
    Debtor

Case No. 15-20250-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 04, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.  
db          +John Richard O'Connor,    31 Forest Way,    Morris Plains, NJ 07950-3264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:

         Andrea Silverman    on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan Servicing LLC ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mercedes Diego    on behalf of Creditor c/o Cohn Lifland    TD Bank md@njlawfirm.com, jwh@njlawfirm.com  
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

                                                                                                 TOTAL: 6