Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−20250−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Richard O'Connor
   31 Forest Way
   Morris Plains, NJ 07950

Social Security No.:
   xxx−xx−9841

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 09:00 AM

to consider and act upon the following:

*137* − Objection to Trustee Certification of Default (related document:135 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/2/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Andrea Silverman on behalf of John Richard O'Connor. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

Dated: 10/2/18

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-20250-RG
John Richard O'Connor                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1              Date Rcvd: Oct 02, 2018
                            Form ID: ntchrgbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
db              +John Richard O'Connor,    31 Forest Way,    Morris Plains, NJ 07950-3264
cr              +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr              +c/o Cohn Lifland TD Bank,    Park 80 West - Plaza One,    250 Pehle Avenue,    Suite 401,
                 Saddle Brook, NJ 07663-5832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
      Andrea Silverman    on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com,
       r62214@notify.bestcase.com
      Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
       for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
       Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
      Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
       to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
       Servicing LLC ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Mercedes Diego    on behalf of Creditor c/o Cohn Lifland  TD Bank md@njlawfirm.com,
       jwh@njlawfirm.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
       to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
       Servicing LLC rsolarz@kmllawgroup.com
                                                                                                                                      TOTAL: 6