

# THE TOWN OF MORRISTOWN

200 South Street, P.O. Box 431
Morristown, NJ 07963-0431

Linda Winstead
Tax Collector
Tel.: (973) 292-6669

December 11, 2018

DISTRICT OF NEW JERSEY
MLK Jr Federal Building
50 Walnut Street
Newark, N.J. 07102

TO WHOM IT MAY CONCERN:

Attached please find United State Bankruptcy Court sent to our office. The property listed on the Judgment is: John Richard O'Connor, 31 Forrest Way, Morris Plains, N.J. This should go to the Borough of Morris Plains, not TOWN OF MORRISTOWN.

Any questions please feel free to contact this office 8:30 a.m. to 4:00 p.m.

Sincerely,

Sandra J. Shruby
Tax Clerk

Enc.