# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–20250–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  John Richard O'Connor
  31 Forest Way
  Morris Plains, NJ 07950

Social Security No.:
  xxx–xx–9841

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 26, 2016.

On 1/19/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:         February 20, 2019
Time:         08:30 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 24, 2019
JAN: smz

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 15-20250-RG
John Richard O'Connor                                               Chapter 13
       Debtor              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2             Date Rcvd: Jan 24, 2019
                               Form ID: 185                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db             +John Richard O'Connor,   31 Forest Way,   Morris Plains, NJ 07950-3264
cr             +Specialized Loan Servicing LLC as servicing agent,   C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr             +c/o Cohn Lifland TD Bank,   Park 80 West - Plaza One,   250 Pehle Avenue,   Suite 401,
                 Saddle Brook, NJ 07663-5832
515625352       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515542707      +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
515542709      +Chase Saphire,   Card Member Services,   PO Box 15298,   Wilmington, DE 19850-5298
515542710       Chase Visa,   PO Box 15298,   Wilmington, DE 19850-5298
515678725      +Connect One Bank,   2455 Morris Ave,   Union, NJ 07083-5655
515542711      +Connetone Bank,   301 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2539
515542712       Continental,   PO Box 15298,   Wilmington, DE 19850-5298
515564751      +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
515542713      +Great Lakes HIgher Education,   PO Box 7860,   Madison, WI 53707-7860
515542715      +Macy's,   PO Box 8218,   Mason, OH 45040-8218
515542716       Macy's Start Rewards,   PO Box 8058,   Monroe, OH 45050-8058
515542717      +Norstrom Visa,   PO Box 6555,   Englewood, CO 80155-6555
515542718      +Pluese Becker & Saltzman, LLC,   20000 Horizon Way, Ste 900,   Mount Laurel, NJ 08054-4318
515542719       Quicken Loans,   PO Box 15123,   Wilmington, DE 19850-5123
515542721      +SMall Business Association,   801 Tom Martin Drive,   Suite 120,   Birmingham, AL 35211-6424
515649468     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Department of the Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
515542723      +Specialized Loan Servicing, LLC,   8742 Lucent Blvd. Ste 300,   Littleton, CO 80129-2386
515542722      +Specialized Loan Servicing, LLC,   PO Box 636005,   Littleton, CO 80163-6005
515542726      +State of NJ,   Tidelands Commission,   PO Box 439,   Trenton, NJ 08625-0439
515542727       State of NJ/Dept Environment Protection,   Division of Land Use Regulation,
                 Bureau of Tidelands Management,   PO Box 439,   Trenton, NJ 08625-0439
515542725      +State of New Jersey,   NJ Division of Taxation,   75 Veterans Memorial Dr. E.,
                 Somerville, NJ 08876-2949
515542731      +Township of Morristown,   Property Taxes/Building,   200 South Street,   PO Box 431,
                 Morristown, NJ 07963-0431
517340260      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515678865      +U.S. Bank, National Association, Trustee (See B10),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
515659043       United States Department of Education,   Claims Filing Unit,   P O Box 8973,
                 Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 23:37:17      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 23:37:13      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515542705      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:21      Banana Republic Visa,
                 GE Capital Bank,,   PO Box 103104,   Roswell, GA 30076-9104
515542706      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 23:41:03      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
515630523       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 23:40:44
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515542728       E-mail/Text: bankruptcy@td.com Jan 24 2019 23:37:19      TD Bank,   32 Chestnut Street,
                 Lewiston, ME 04240
515633874       E-mail/Text: bankruptcy@td.com Jan 24 2019 23:37:19      TD Bank N.A.,   Attn: Bankruptcy Dept.,
                 ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
515542729       E-mail/Text: bankruptcy@td.com Jan 24 2019 23:37:19      TD Bank, N.A.,   PO Box 219,
                 Lewiston, ME 04243
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515542708      Chase Credit Line
515542714      ING
515542720      SBA
515542724      Starwood American Express
515542730      TD Credit Line
                                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jan 24, 2019
                              Form ID: 185             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
          Andrea    Silverman    on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
           for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
           Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mercedes    Diego    on behalf of Creditor c/o Cohn Lifland    TD Bank md@njlawfirm.com,
           jwh@njlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6
```