**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    **John Richard O'Connor**                                    Case No.:    **15-20250**
                                                                        Judge:       **RG**
                      Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                               ☑ Modified/Notice Required          Date:    **01/08/2019**
☐ Motions Included                       ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **AS**     Initial Debtor: **JRO**     Initial Co-Debtor _____

### Part 1: Payment and Length of Plan

a. The debtor shall have paid $70,410.86 to the Chapter 13 Trustee thru January, 2019, starting on **February, 2019, shall pay $_1,800.00 to the chapter 13 trustee** for approximately 16 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
   ☒ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   ☒ Sale of real property
      Description: Morris Plains, NJ
      Proposed date for completion: **8/2019**

   ☐ Refinance of real property:
      Description:
      Proposed date for completion:

   ☐ Loan modification with respect to mortgage encumbering property:
      Description
      Proposed date for completion:

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. Debtor shall make regular mortgage payment pending sale.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection      ☐ NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $ **996.00** to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: **TD BAnk (mortgage OCean City)** (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
|  |  |  |
|  |  | 0.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| TD Bank Mortgage | 1433 Pleasure AVe, Ocean City, NJ | 28,236.15 | | $28,236.15 | $996.00 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| |

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7: Motions**    ☒ **NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**
    The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8: Other Plan Provisions**
    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:
       1)     Ch. 13 Standing Trustee Commissions

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __11/13/2018__ .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| remove loan mod on ocean city property, change to cure and maintain | pay arrears for td bank mortgage on ocean city thru plan and not be in lmp program |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here: Debtor's attorney fees are paid hourly per fee application/not a no look fee.
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **November 12, 2018**        /s/ John Richard O'Connor
                                    **John Richard O'Connor**
                                    Debtor

Date: _____        _____
                                    Joint Debtor

Date  **November 12, 2018**         /s/ Andrea Silverman
                                    **Andrea Silverman**
                                    Attorney for the Debtor(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 15-20250-RG
John Richard O'Connor                                       Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 24, 2019
                              Form ID: pdf901          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db             +John Richard O'Connor,    31 Forest Way,    Morris Plains, NJ 07950-3264
cr             +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +c/o Cohn Lifland TD Bank,    Park 80 West - Plaza One,    250 Pehle Avenue,    Suite 401,
                 Saddle Brook, NJ 07663-5832
515625352       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515542707      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
515542709      +Chase Saphire,    Card Member Services,    PO Box 15298,    Wilmington, DE 19850-5298
515542710       Chase Visa,    PO Box 15298,    Wilmington, DE 19850-5298
515678725      +Connect One Bank,    2455 Morris Ave,    Union, NJ 07083-5655
515542711      +Connetone Bank,    301 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2539
515542712       Continental,    PO Box 15298,    Wilmington, DE 19850-5298
515564751      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515542713      +Great Lakes HIgher Education,    PO Box 7860,    Madison, WI 53707-7860
515542715      +Macy's,    PO Box 8218,    Mason, OH 45040-8218
515542716       Macy's Start Rewards,    PO Box 8058,    Monroe, OH 45050-8058
515542717      +Norstrom Visa,    PO Box 6555,    Englewood, CO 80155-6555
515542718      +Pluese Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
515542719       Quicken Loans,    PO Box 15123,    Wilmington, DE 19850-5123
515542721      +SMall Business Association,    801 Tom Martin Drive,    Suite 120,    Birmingham, AL 35211-6424
515649468     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515542723      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd. Ste 300,    Littleton, CO 80129-2386
515542722      +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
515542726      +State of NJ,    Tidelands Commission,    PO Box 439,    Trenton, NJ 08625-0439
515542727       State of NJ/Dept Environment Protection,    Division of Land Use Regulation,
                 Bureau of Tidelands Management,    PO Box 439,    Trenton, NJ 08625-0439
515542725      +State of New Jersey,    NJ Division of Taxation,    75 Veterans Memorial Dr. E.,
                 Somerville, NJ 08876-2949
515542731      +Township of Morristown,    Property Taxes/Building,    200 South Street,    PO Box 431,
                 Morristown, NJ 07963-0431
517340260      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515678865      +U.S. Bank, National Association, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515659043       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 23:37:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 23:37:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515542705      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:42     Banana Republic Visa,
                 GE Capital Bank,,    PO Box 103104,    Roswell, GA 30076-9104
515542706      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 23:40:27     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
515630523       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2019 23:41:05
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515542728       E-mail/Text: bankruptcy@td.com Jan 24 2019 23:37:19     TD Bank,    32 Chestnut Street,
                 Lewiston, ME 04240
515633874       E-mail/Text: bankruptcy@td.com Jan 24 2019 23:37:19     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
515542729       E-mail/Text: bankruptcy@td.com Jan 24 2019 23:37:19     TD Bank, N.A.,    PO Box 219,
                 Lewiston, ME 04243
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515542708      Chase Credit Line
515542714      ING
515542720      SBA
515542724      Starwood American Express
515542730      TD Credit Line
                                                                                    TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Jan 24, 2019
                               Form ID: pdf901          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2019 at the address(es) listed below:
          Andrea   Silverman    on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
           for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
           Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mercedes   Diego    on behalf of Creditor c/o Cohn Lifland    TD Bank md@njlawfirm.com,
           jwh@njlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6
```