Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                             Case No.:  15−20250−RG
                                             Chapter:  13
                                             Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Richard O'Connor
   31 Forest Way
   Morris Plains, NJ 07950

Social Security No.:
   xxx−xx−9841

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 1, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 159 − 153
Order Denying Confirmation (related document:153 Modified Chapter 13 Plan − After Confirmation.. Filed by Andrea Silverman on behalf of John Richard O'Connor. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/27/2019. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 1, 2019
JAN: car

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John Richard O'Connor  
    Debtor

Case No. 15-20250-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 01, 2019  
                    Form ID: orderntc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db             +John Richard O'Connor,    31 Forest Way,    Morris Plains, NJ 07950-3264
cr             +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +c/o Cohn Lifland TD Bank,    Park 80 West - Plaza One,    250 Pehle Avenue,    Suite 401,
                 Saddle Brook, NJ 07663-5832
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
```
              Andrea  Silverman    on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
               Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
               to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
               Servicing LLC ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mercedes  Diego    on behalf of Creditor c/o Cohn Lifland  TD Bank md@njlawfirm.com,
               jwh@njlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
               to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
               Servicing LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6
```