| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    JOHN RICHARD O'CONNOR |

Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-20250

Hearing Date:  02/20/2019

Judge:  ROSEMARY GAMBARDELLA

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: February 27, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): JOHN RICHARD O'CONNOR

Case No.: 15-20250RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 02/20/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 2/20/2019 of the plan filed on 01/19/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/02/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 3/20/2019 at 8:30:00AM.

United States Bankruptcy Court
District of New Jersey

In re:  
John Richard O'Connor  
    Debtor

Case No. 15-20250-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 01, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db          +John Richard O'Connor,    31 Forest Way,    Morris Plains, NJ 07950-3264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:

        Andrea  Silverman    on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com,  
           r62214@notify.bestcase.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent  
           for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage  
           Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com  
        Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, as Trustee relating  
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan  
           Servicing LLC ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Mercedes  Diego    on behalf of Creditor c/o Cohn Lifland    TD Bank md@njlawfirm.com,  
           jwh@njlawfirm.com  
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating  
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan  
           Servicing LLC rsolarz@kmllawgroup.com  
                                                                                                   TOTAL: 6