Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−20250−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　John Richard O'Connor
　　31 Forest Way
　　Morris Plains, NJ 07950

Social Security No.:
　　xxx−xx−9841

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/3/19.

　　Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 3, 2019
JAN: car

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John Richard O'Connor  
    Debtor

Case No. 15-20250-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Apr 03, 2019  
                           Form ID: 148    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.

```
db             +John Richard O'Connor,    31 Forest Way,    Morris Plains, NJ 07950-3264
cr             +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +c/o Cohn Lifland TD Bank,    Park 80 West - Plaza One,    250 Pehle Avenue,    Suite 401,
                 Saddle Brook, NJ 07663-5832
515678725      +Connect One Bank,    2455 Morris Ave,    Union, NJ 07083-5655
515542711      +Connetone Bank,    301 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2539
515542712       Continental,    PO Box 15298,    Wilmington, DE 19850-5298
515564751      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515542713      +Great Lakes HIgher Education,    PO Box 7860,    Madison, WI 53707-7860
515542716       Macy's Start Rewards,    PO Box 8058,    Monroe, OH 45050-8058
515542717      +Norstrom Visa,    PO Box 6555,    Englewood, CO 80155-6555
515542718      +Pluese Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
515542719       Quicken Loans,    PO Box 15123,    Wilmington, DE 19850-5123
515542721      +SMall Business Association,    801 Tom Martin Drive,    Suite 120,    Birmingham, AL 35211-6424
515649468     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515542722      +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
515542723      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd. Ste 300,    Littleton, CO 80129-2386
515542726      +State of NJ,    Tidelands Commission,    PO Box 439,    Trenton, NJ 08625-0439
515542727       State of NJ/Dept Environment Protection,    Division of Land Use Regulation,
                 Bureau of Tidelands Management,    PO Box 439,    Trenton, NJ 08625-0439
515542725      +State of New Jersey,    NJ Division of Taxation,    75 Veterans Memorial Dr. E.,
                 Somerville, NJ 08876-2949
515542731      +Township of Morristown,    Property Taxes/Building,    200 South Street,    PO Box 431,
                 Morristown, NJ 07963-0431
517340260      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515678865      +U.S. Bank, National Association, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515659043       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:13    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515625352       EDI: BECKLEE.COM Apr 04 2019 03:03:00    American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515542705      +EDI: RMSC.COM Apr 04 2019 03:03:00    Banana Republic Visa,    GE Capital Bank,,
                 PO Box 103104,    Roswell, GA 30076-9104
515542706      +EDI: CAPITALONE.COM Apr 04 2019 03:03:00    Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
515630523       EDI: CAPITALONE.COM Apr 04 2019 03:03:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
515542707      +EDI: CHASE.COM Apr 04 2019 03:03:00    Chase Bank USA,    PO Box 15298,
                 Wilmington, DE 19850-5298
515542709      +EDI: CHASE.COM Apr 04 2019 03:03:00    Chase Saphire,    Card Member Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
515542710       EDI: CHASE.COM Apr 04 2019 03:03:00    Chase Visa,    PO Box 15298,    Wilmington, DE 19850-5298
515542715      +EDI: TSYS2.COM Apr 04 2019 03:03:00    Macy's,    PO Box 8218,    Mason, OH 45040-8218
515542728       EDI: TDBANKNORTH.COM Apr 04 2019 03:03:00    TD Bank,    32 Chestnut Street,
                 Lewiston, ME 04240
515633874       EDI: TDBANKNORTH.COM Apr 04 2019 03:03:00    TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
515542729       EDI: TDBANKNORTH.COM Apr 04 2019 03:03:00    TD Bank, N.A.,    PO Box 219,    Lewiston, ME 04243
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515542708       Chase Credit Line
515542714       ING
515542720       SBA
515542724       Starwood American Express
515542730       TD Credit Line
                                                                                             TOTALS: 5, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2019
                              Form ID: 148             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

```
          Andrea    Silverman     on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
           for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
           Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Lynn Therese Nolan    on behalf of Creditor   U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
          Marie-Ann   Greenberg     magecf@magtrustee.com
          Mercedes   Diego    on behalf of Creditor c/o Cohn Lifland  TD Bank md@njlawfirm.com,
           jwh@njlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
           Servicing LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 6
```