| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on April 3, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>     JOHN RICHARD O'CONNOR | Case No.:    15-20250 RG<br><br>Chapter:     13 |

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 3, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor(s): JOHN RICHARD O'CONNOR

Case No.: 15-20250

Caption of Order:   Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 02/27/2019 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
John Richard O'Connor  
    Debtor

Case No. 15-20250-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 03, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
db           +John Richard O'Connor,    31 Forest Way,    Morris Plains, NJ 07950-3264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

        Andrea Silverman    on behalf of Debtor John Richard O'Connor court@andreasilvermanlaw.com,  
         r62214@notify.bestcase.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent  
         for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage  
         Backed Certificates Series 2006-3 NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com  
        Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, as Trustee relating  
         to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan  
         Servicing LLC ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Mercedes Diego    on behalf of Creditor c/o Cohn Lifland    TD Bank md@njlawfirm.com,  
         jwh@njlawfirm.com  
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating  
         to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan  
         Servicing LLC rsolarz@kmllawgroup.com  
                                                                                                             TOTAL: 6